IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:14-cv-1123<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| BETTER MOUSE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 2:14-cv-1163<br> **(Member Case)**<br><br>**JURY TRIAL DEMANDED** |

**ORDER DISMISSING MICROSOFT WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion to Dismiss Microsoft With Prejudice as to all claims asserted by plaintiff Better Mouse Company, LLC against defendant Microsoft Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by plaintiff Better Mouse Company, LLC ("BMC") against defendant Microsoft Corporation are hereby dismissed with prejudice.

It is further ORDERED that each of Microsoft Corporation and BMC shall bear its own costs, expenses, and attorneys' fees.

1

The Clerk is ORDERED to terminate Microsoft in Case No. 2:14-cv-1123, and the Clerk is ORDERED to close Case No. 2:14-cv-1163.

**So Ordered and Signed on this**

**Mar 23, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE